UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NICOLE CREWS,

        **Plaintiff,**       **19-CV-01030 (SN)**

    -against-         **SETTLEMENT CONFERENCE**
                 **SCHEDULING ORDER**

JULIO CARABALLO, et al.

        **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  As set forth at the telephone conference held on December 11, 2019, the settlement conference scheduled for January 9, 2020, ECF No. 19, is adjourned to Tuesday, March 10, 2020, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

  The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday, March 3, 2020. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                _____
                SARAH NETBURN
                United States Magistrate Judge

DATED:  New York, New York
      December 11, 2019