UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NICOLE CREWS,

                        **Plaintiff,**

        -against-

JULIO CARABALLO, et al.

                        **Defendants.**

-----------------------------------------------------------------X

19-CV-01030 (GHW)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff's medical providers Mark Horowitz, M.D., and Charles Demarco, M.D., must respond to Defendants' subpoenas by February 25, 2020, or provide counsel with a letter setting forth what it has done to comply with the subpoena, why it is unable to respond timely and when it reasonably will respond.

**SO ORDERED.**

                                                                      _____
                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:        February 18, 2020
                    New York, New York