UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NICOLE CREWS,

                            Plaintiff,                        19-CV-01030 (SN)

         -against-                                **ORDER**

JULIO CARABALLO, et al.,

                         Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

On March 12, 2020, the parties notified the Court that they had reached a settlement. Accordingly, it is ORDERED that this case is dismissed, provided, however, that within 30 days of the date of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:      March 13, 2020
                 New York, New York